UNITED STATES BANKRUPTCY COURT
FOR THE NORTHRN DISTRICT OF ILLINOIS

IN RE:

Alice A. Askharia

Case No. 17-04031
Judge LaShonda A. Hunt
Chapter 13

Debtor

## AGREED ORDER CONDITIONING THE STAY FOR THE REAL PROPERTY LOCATED AT 5412 MAIN ST, SKOKIE, IL 60077

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Rushmore Loan Management Services as servicer for U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and the parties have entered into an agreement resolving the Motion.

**IT IS HEREBY ORDERED** that the total amount due to reinstate the loan through the June 11, 2018 payment is $866.35, broken out as follows:

| Payment Due | Total |
|---|---|
| Bankruptcy Fees and Costs | $1,031.00 |
| Suspense | ($164.65) |
| Total | $866.35 |

The Debtor shall cure the fees and costs by making twelve (12) bi-weekly installment payments directly to Movant in addition to making the regular ongoing monthly mortgage payment. The Debtor shall make an installment payment in the amount of $72.19 commencing June 11, 2018, and continuing on June 25, 2018, July 9, 2018, July 23, 2018, August 6, 2018, August 20, 2018, September 3, 2018, September 17, 2018, October 1, 2018, October 15, 2018, October 29, 2018 and in the amount of $72.26 for the November 12, 2018 payment. Failure to make any of the installment payments that come due shall constitute a default.

**IT IS FURTHER ORDERED** that the Debtors shall make all future monthly mortgage payments when due, beginning with the June 11, 2018 payment. Failure by the Debtors to make any future monthly mortgage payment when due shall constitute a default.

**IT IS FURTHER ORDERED** that if the Debtor defaults on making four (4) of the installment payments that come due or four of the regular bi-weekly mortgage payments that come due, counsel for Movant shall file a Notice of Failure to Comply with the court and mail a copy to the Debtor. The Debtor shall have fourteen (14) days to cure the default, while maintaining all subsequently required payments. If the default is not cured within fourteen (14) days, counsel for Movant shall file second Notice of Failure to Comply with the Court attesting that the default was not cured and the automatic stay imposed shall be lifted without further notice or hearing as to the real property located at 5412 Main Street, Skokie, Illinois 60077.

**IT IS FURTHER ORDERED** that the Debtor shall be limited to two (2) defaults with a right to cure under this Order. If the Debtor defaults under the terms of this Order more than twice, the Debtor shall have no right to cure, and the automatic stay shall be vacated upon the filing of a Notice of Failure to comply and a Default Order Terminating the Automatic Stay with the Court, with no further notice or hearing required.

**IT IS FURTHER ORDERED** that upon the entry of any Order Terminating the Automatic Stay, The provisions of Fed.R.Bankr.P.3002.1 shall be waived with respect to Creditor and the property located at 5412 Main Street, Skokie, Illinois 60077.

Date: - 4 JUN 2018

JUDGE LaShonda A. Hunt

Potestivo & Associates, P.C.
Brenda Likavec
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
Chicago, Illinois 60606
DuPage County Firm ID #: 223623
Attorneys for Rushmore Loan Management Services, LLC
Our File No. 109357
blikavec@potestivolaw.com

Michelle E. Mandroiu
Attorney for Debtor
4131 Main Street
Skokie, IL 60076
(847) 673-8600
michelle@cutlerltd.com