B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: ALICE A ASKHARIA                                   Case No. 17-04031

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6267

Court Claim # (if known): 2-1
Amount of Claim: $57,293.75
Date Claim Filed: 03/03/2017

Phone: 888-699-5600
Last Four Digits of Acct. #: 7190

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6267

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal
    AIS Portfolio Services, LP as agent                    Date: 06/16/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Case Name: | ALICE A ASKHARIA | ) | Case No. | 17-04031 |
|---|---|---|---|---|
| | | ) | Judge: | David D. Cleary |
| | | ) | Chapter: | 13 |
| | Debtor(s). | ) | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 06/16/2020 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 06/16/2020 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
ALICE A ASKHARIA
5412 MAIN STREET,
SKOKIE, IL 60077

I hereby certify that on 06/16/2020 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
MARILYN O MARSHALL
224 SOUTH MICHIGAN STE 800,
CHICAGO, IL 60604

Debtor's counsel:
CUTLER & ASSOCIATES LTD
DAVID H CUTLER
4131 MAIN ST,
SKOKIE, IL 60076

All Parties in Interest
All Parties requesting Notice

By: /s/ Arvind Nath Rawal
Arvind Nath Rawal, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent