B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: Alice A Askharia                                         Case No. 17-04031

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the Transfer, other than for security, of the claim referenced in this evidence and notice.

| Athene Annuity & Life Assurance Company | Citibank, N.A., as trustee for CMLTI Asset Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 1775

Court Claim # (if known): 2-1
Amount of Claim: $57,293.75
Date Claim Filed: 03/03/2017

Phone: (312) 291-3781
Last Four Digits of Acct #: 6267

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 1755

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Marc G. Wagman                              Date: January 11, 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571

B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

Alice A Askharia

Debtor,

_____/

Case No. 17-04031
Chapter 13
Judge David D. Cleary

## AFFIDAVIT OF SERVICE

I, Jennifer DeJaeghere, state that on the 11th day of January 2021, I served a copy of the Transfer of Claim and Affidavit of Service of the same upon:

Alice A Askharia
5412 Main Street
Skokie, IL 60077

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Marilyn O Marshall
224 South Michigan
Ste 800
Chicago, IL 60604

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

by placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to Debtor's Attorney, Trustee, Office of the U.S. Trustee, and the U.S. Bankruptcy Court.

*/s/ Jennifer DeJaeghere*
Jennifer DeJaeghere

*Penalty for making a false statement:* Fine up to $500,000.00 or imprisonment for up to 5 years, or both.  18 U.S.C. 152 & 3571