NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Alice A Askharia
5412 Main Street
Skokie, IL 60077
SSN: xxx–xx–4141 EIN: N.A.

Case No. : 17–04031

Chapter : 13
Judge :   David D. Cleary

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Citibank, N.A., as trustee for CMLTI Asset Trust

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Athene Annuity & Life Assurance Company of your claim in the above matter, designated Claim No. 2 .   If no objections are filed by you on or before February 1, 2021 the Court shall substitute Athene Annuity & Life Assurance Company in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: January 12, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court