UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-04031
Alice Askharia  )
 )  Chapter: 13
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

## ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b) & Shorten notice

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion USE SELL OR LEASE PROPERTY 363(b) located at 5412 Main Street, Skokie, IL 60077 is hereby granted.
2. The mortgage liens held by WELLS FARGO BANK, N.A., shall be paid in full at closing pursuant to a proper payoff letter.
3. That the second mortgage lien of Wells Fargo shall be paid in full at the time of sale pursuant to a properly obtained and updated payoff from Wells Fargo.
4. That the proceeds of the sale shall be disbursed to Wells Fargo to satisfy its second mortgage lien before any funds are disbursed to the Debtor or Trustee.
5. That the second mortgage of Wells Fargo shall attach to the proceeds of sale and that Wells Fargo shall not be required to release its lien until the second mortgage lien is paid in full.
6. That the sale shall complete no later than August 31, 2021 or this order will become moot.
7. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.
8. Debtor will be paid the first $15,000 as their homestead exemption.
9. The Chapter 13 Trustee shall receive $2,000 from the proceeds of the sale to be applied towards the case payoff. The remaining balance shall be disbursed to the Debtor.
10. Notice is shortened.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 09, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600