Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

**WELLS FARGO**

08/05/2020

ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALICE A ASKHARIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District Of Illinois |
| Case number | 1704031 |

## Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.    **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1541

**Date of payment change:**
Must be at least 21 days after date of this notice    8/28/2020

**New total payment:**
Principal, interest, and escrow, if any    $ 602.33

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:_____%    New interest rate:_____%

   Current principal and interest payment: $_____    New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to cycle date.

   Current mortgage payment: $ 586.93    New mortgage payment: $602.33

Debtor 1    ALICE A ASKHARIA    Case number *(if known)* 1704031

    First Name          Middle Name          Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Ashley  Britton _____    Date  8/5/2020 _____

Signature

Print:    Ashley  Britton _____    Title  Vice President Loan Documentation _____

        First Name       Middle Name      Last Name

Company    Wells Fargo Bank N.A. _____

Address    1000 Blue Gentian Road,  N9286-01Y _____

        Number          Street

          Eagan, MN 55121-7700 _____

        City                State     ZIP Code

Contact phone  ( 877 ) 891 – 0002 _____    Email  noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

Chapter 13 No. 1704031

In re:

ALICE A ASKHARIA,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 08/06/2020, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid:
                                 ALICE A ASKHARIA,
                                 5412 Main Street
                                 SKOKIE, IL 60077


Debtor's Attorney:               By Court's CM/ECF system registered email address:
                                 DAVID H CUTLER
                                 4131 Main St.
                                 SKOKIE, IL  60076


Trustee:                         By Court's CM/ECF system registered email address:
                                 MARILYN O MARSHALL
                                 224 South Michigan Ste 800
                                 CHICAGO, IL 60604


                                                          /s/ Ashley  Britton
                                                          VP Loan Documentation
                                                          Wells Fargo Bank, N.A.