Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

**WELLS FARGO**

10/06/2020

ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALICE A ASKHARIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District Of Illinois |
| Case number | 1704031 |

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                 **Court claim no.** (if known):5

**Last 4 digits** of any number you use to identify the debtor's account: 1541

**Date of payment change:**
Must be at least 21 days after date of this notice                    10/28/2020

**New total payment:**
Principal, interest, and escrow, if any                    $ 579.58

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____        New escrow payment:  $ _____

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:_____%        New interest rate:_____%

   Current principal and interest payment: $_____New principal and interest payment:  $ _____

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: Payment to change due to cycle date

   Current mortgage payment: $ 565.58        New mortgage payment: $579.58

Debtor 1    ALICE A ASKHARIA    Case number *(if known)* 1704031
First Name        Middle Name        Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Yadira P Delgado _____    Date   10/6/2020
Signature

Print:    Yadira P Delgado    Title   Vice President Loan Documentation
First Name        Middle Name        Last Name

Company    Wells Fargo Bank N.A.

Address    1000 Blue Gentian Road,  N9286-01Y
Number        Street

Eagan, MN 55121-7700
City        State    ZIP Code

Contact phone   ( 877  ) 891  – 0002        Email  noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

Chapter 13 No. 1704031 :

In re:

ALICE A ASKHARIA,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 10/07/2020, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid:
                                 ALICE A ASKHARIA,
                                 5412 Main Street
                                 SKOKIE, IL 60077


Debtor's Attorney:               By Court's CM/ECF system registered email address:
                                 DAVID H CUTLER
                                 4131 Main St.
                                 SKOKIE, IL  60076


Trustee:                         By Court's CM/ECF system registered email address:
                                 MARILYN O MARSHALL
                                 224 South Michigan Ste 800
                                 CHICAGO, IL 60604


                                                                    /s/ Yadira P Delgado
                                                                    VP Loan Documentation
                                                                    Wells Fargo Bank, N.A.

HEQBK309