Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

**WELLS FARGO**

11/04/2020

ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALICE A ASKHARIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District Of Illinois |
| Case number | 1704031 |

# Official Form 410S1
## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.   **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1541

**Date of payment change:**
Must be at least 21 days after date of this notice     11/28/2020

**New total payment:**    $ 539.49
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____     New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement.

   Current interest rate:    4.4914%        New interest rate:    4.1654%
   Current principal and interest payment: $ 579.58    New principal and interest payment: $ 539.49

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to cycle date.
   Current mortgage payment: $ 579.58     New mortgage payment: $ 539.49

HEQBK309

Debtor 1  ALICE A ASKHARIA _____  Case number *(if known)* 1704031
        First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature: /s/ Emily Marchino        Date 11/4/2020

Print: Emily Marchino
    First Name   Middle Name   Last Name

Title: Vice President Loan Documentation

Company: Wells Fargo Bank N.A.

Address: 1000 Blue Gentian Road, N9286-01Y
    Number   Street

Eagan, MN 55121-7700
    City   State   ZIP Code

Contact phone: ( 877 ) 891 – 0002

Email: noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

Chapter 13 No. 1704031 :

In re:
ALICE A ASKHARIA,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 11/05/2020, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid:
ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

Debtor's Attorney:   By Court's CM/ECF system registered email address:
DAVID H CUTLER
4131 Main St.
SKOKIE, IL  60076

Trustee:   By Court's CM/ECF system registered email address:
MARILYN O MARSHALL
224 South Michigan Ste 800
CHICAGO, IL 60604

/s/ Emily  Marchino
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309