Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

01/06/2021

ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALICE A ASKHARIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District Of Illinois |
| Case number | 1704031 |

Official Form 410S1
# Notice of Mortgage Payment Change                               12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1541

**Date of payment change:**
Must be at least 21 days after date of this notice     1/28/2021

**New total payment:**   $ 557.45
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☑ No
    ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment: $_____     New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

    ☑ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: _____%     New interest rate: _____%

    Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☐ No
    ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: Payment change due to cycle date.

    Current mortgage payment: $ 538.11     New mortgage payment: $ 557.45

HEQBK309

Debtor 1     ALICE A ASKHARIA_____ Case number *(if known)* 1704031
         First Name     Middle Name     Last Name

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

    /s/ Ashley Britton                                                      Date 1/6/2021
    Signature

Print:     Ashley Britton                                      Title    Vice President Loan Documentation
           First Name     Middle Name     Last Name

Company     Wells Fargo Bank N.A.

Address     1000 Blue Gentian Road, N9286-01Y
           Number     Street

           Eagan, MN 55121-7700
           City     State     ZIP Code

Contact phone ( 877 ) 891 – 0002            Email noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

Chapter 13 No. 1704031 :

In re:
ALICE A ASKHARIA,

## CERTIFICATE OF SERVICE

I hereby certify that on or before **01/07/2021**, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:
By U.S. Postal Service First Class Mail Postage Prepaid:
ALICE A ASKHARIA,
5412 Main Street
SKOKIE, IL 60077

Debtor's Attorney:
By Court's CM/ECF system registered email address:
DAVID H CUTLER
4131 Main St.
SKOKIE, IL  60076

Trustee:
By Court's CM/ECF system registered email address:
MARILYN O MARSHALL
224 South Michigan Ste 800
CHICAGO, IL 60604

/s/ Ashley  Britton
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309